IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BRIAN WILSON,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES E. TILTON, Secretary of Department of Corrections,<br><br>    Respondent.<br>_____ | No. C 09-0143 MMC (PR)<br><br>**ORDER GRANTING MOTION TO LIFT STAY; DIRECTING CLERK TO ADMINISTRATIVELY REOPEN ACTION; DIRECTING PETITIONER TO FILE AMENDED PETITION**<br><br>**(Docket No. 19)** |

On January 13, 2009, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed October 2, 2009, the Court granted petitioner's request to stay the petition while he returned to state court to exhaust his unexhausted claim. Additionally, the Court directed the Clerk of the Court to administratively close the case while the stay remained in effect. Now pending before the Court is petitioner's request to reopen the case on the ground his claim is now exhausted. Petitioner also asks the Court either to reinstate his original petition, the claims in which have now all been exhausted, or grant him leave to file an amended petition.

Good cause appearing, the Court orders as follows:

1. Petitioner's request to reopen the instant action is hereby GRANTED.

2. The stay entered herein on October 2, 2009 is hereby LIFTED and the Clerk is directed to ADMINISTRATIVELY REOPEN the instant action.

3. Within **thirty (30)** days of the date this order is filed, petitioner shall file an

amended petition, using the Court's form petition, containing all of his exhausted claims. A copy of the form petition along with instructions for completing it are provided to petitioner herewith. The amended petition must include the caption and civil case number used in this order, No. C 09-0143 MMC (PR), and must include the words AMENDED PETITION on the first page.

**The amended petition supersedes the initial petition and may not incorporate any part of it by reference. Petitioner must include in the amended petition all the claims he wishes to present, and any attachments he wishes the Court to consider.**

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: October 22, 2010

_____
MAXINE M. CHESNEY
United States District Judge