IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLINTON BRIAN WILSON,

        Petitioner,

  v.

JAMES E. TILTON, Secretary of Department of Corrections,

        Respondent.
                                 /

No. CV-09-0143 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice, due to petitioner's failure to comply with the Court's order.

Dated: December 17, 2010                                             Richard W. Wieking, Clerk

                                                                         *Tracy Lucero*

                                                                         By: <u>Tracy Lucero</u>
                                                                         <u>Deputy Clerk</u>