IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BRIAN WILSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JAMES E. TILTON, Secretary of Department of Corrections,<br><br>　　　　　Respondent.<br>_____ | No. C 09-0143 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 30)** |

   GOOD CAUSE APPEARING, respondent's request for an extension of time to file a response to the petition is hereby GRANTED.  Respondent shall file a response to the petition no later than **January 19, 2012**.  Within **thirty** days of the date such answer or motion is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

   This order terminates Docket No. 30.

   IT IS SO ORDERED.

DATED: November 28, 2011

_____
MAXINE M. CHESNEY
United States District Judge