IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BRIAN WILSON, ) | No. C 09-0143 MMC (PR) |
| ) Petitioner, ) | **ORDER GRANTING RESPONDENT'S THIRD REQUEST FOR EXTENSION OF TIME** |
| v. ) | |
| JAMES E. TILTON, Secretary of ) Department of Corrections, ) | **(Docket No. 34)** |
| ) Respondent. ) _____ ) | |

GOOD CAUSE APPEARING, respondent's third request for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than **April 18, 2012**. Within **thirty** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

This order terminates Docket No. 34.

IT IS SO ORDERED.

DATED: March 22, 2012

_____
MAXINE M. CHESNEY
United States District Judge