IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BRIAN WILSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>P. D. BRAZELTON, Warden,<br><br>　　　　Respondent. | No. C-09-0143 MMC<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL** |

　　　　Before the Court is petitioner's Request for Appointment of Counsel, filed August 13, 2012. Having read and considered the request, the Court rules as follows.

　　　　The Sixth Amendment right to counsel does not apply in habeas actions. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." See 18 U.S.C. § 3006A(a)(2)(B). Here, petitioner's claims have been adequately presented in the amended petition, and the interests of justice do not otherwise require the appointment of counsel.

　　　　Accordingly, petitioner's request for appointment of counsel is hereby DENIED.

　　　　**IT IS SO ORDERED.**

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge