IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CLINTON BRIAN WILSON,**

                Petitioner,

   v.

**JAMES E. TILTON, Secretary of Department of Corrections,**

                Respondent.

Case No. C 09-0143 MMC (PR)

[~~PROPOSED~~] ORDER

On GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 5, 2012, in which to file an answer or other response to the petition for writ of habeas corpus. Petitioner may file a traverse to the answer ~~within thirty days of his receipt of the answer~~ no later than December 7, 2012.

IT IS SO ORDERED.

Dated:  September 6, 2012

*[signature]*
The Honorable Maxine M. Chesney

1

[Proposed] Order (C 09-0143 MMC (PR))